[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 107.]

THE STATE OF OHIO, APPELLEE, *v*. CASAS ET AL., APPELLANTS.

[Cite as *State v. Casas*, 1996-Ohio-423.]

*Criminal law—When police officer stops vehicle based on probable cause that traffic violation has occurred, the stop is not unreasonable under the Fourth Amendment to the United States Constitution even if the officer had some ulterior motive for making the stop.*

(No. 96-679—Submitted April 30, 1996—Decided July 24, 1996.)

CERTIFIED by the Court of Appeals for Medina County, Nos. 2451-M and 2452-M.

————————————

*Dunn & Hare Co., L.P.A,* and *Kevin W. Dunn*, for appellants.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority *Dayton v. Erickson* (1996), 76 Ohio St.3d 12, 665 N.E.2d 1091

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and STRATTON, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *Dayton v. Erickson* (1996), 76 Ohio St.3d 12, 665 N.E.2d 1091, 1098.

————————————